are granted: National Association of Academies of Science, Florida Bar Admiralty Law Committee, Ohio State University, Columbus Museum of Art, Ohio Academy of Science, Teachers and Administrators of Secondary Schools et al., Explorers Club, Battelle Memorial Institute, Marine Technology Society, Ohio Historical Society, National Maritime Historical Society, Titanic International, Inc., et al., and Adjunct Science and Education Association. Certiorari denied.

No. 92–1219. LEIGHTON v. DREXEL BURNHAM LAMBERT GROUP, INC., ET AL. C. A. 2d Cir. Motion of petitioner to strike brief in opposition denied. Certiorari denied.

No. 92–1306. ALAMO v. MILLER ET AL. C. A. 8th Cir. Motion of Susan Groulx et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–6546. CALDWELL v. SECRETARY OF VETERANS AFFAIRS ET AL. C. A. Fed. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–6727. BAKER v. DEPARTMENT OF THE ARMY. C. A. D. C. Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 92–7352. VAN DER JAGT v. UNITED STATES CONGRESS. C. A. 5th Cir. Certiorari before judgment denied.

No. 92–8060 (A–717). SANTANA v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 90–1122. GOLOCHOWICZ v. GRAYSON, WARDEN, CHARLES EGELER CORRECTIONAL FACILITY, 501 U. S. 1250;

No. 91–7328. HERRERA v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 506 U. S. 390;

No. 91–8001. INGRAM v. SMITH, WARDEN, 504 U. S. 929;

No. 92–802. O'LEARY v. CITY OF SACRAMENTO ET AL., 506 U. S. 1052;

No. 92–853. SANDERS CONFECTIONERY PRODUCTS INC. ET AL. *v.* HELLER FINANCIAL, INC., ET AL., 506 U. S. 1079;

No. 92–890. GUINN *v.* TEXAS CHRISTIAN UNIVERSITY ET AL., 506 U. S. 1081;

No. 92–6111. GENTRY *v.* TEXAS, 506 U. S. 1083;

No. 92–6482. DEMPSEY *v.* WTLK TV 14 ROME/ATLANTA ET AL., 506 U. S. 1060;

No. 92–6675. ROBERTS *v.* WESTERN MANAGEMENT SYSTEMS ET AL., 506 U. S. 1084;

No. 92–6740. CURIALE ET UX. *v.* HICKEL, GOVERNOR OF ALASKA, ET AL., 506 U. S. 1085; and

No. 92–8060. SANTANA *v.* TEXAS, *ante,* p. 1001. Petitions for rehearing denied.

## MARCH 23, 1993

No. 92–8064 (A–721). SANTANA *v.* RICHARDS, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. ▮

## MARCH 24, 1993

No. 92–8089 (A–729). MONTOYA *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. ▮

## MARCH 29, 1993

No. — – —. HEMMERLE *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SUNRISE SAVINGS & LOAN ASSN., ET AL. Motion to direct the Clerk to treat the notice of appeal as a petition for writ of certiorari and to file the petition denied.

No. A–446. HILLS *v.* UNITED STATES. Application for bond, addressed to JUSTICE BLACKMUN and referred to the Court, denied.